UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: Case No. 17-cv-62007-GAYLES

KARIN BURRELL as personal
representative of the Estate of
SCOTT BURRELL, Deceased,

Plaintiffs,

v.

ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
a Florida corporation, and;
SCOTT ISRAEL, in his official capacity
as Sheriff of Broward County, Florida, and;
STANLEY FRANKOWITZ D.O.,
JOHN MARTIN M.D.,
SCOTT KESSON,
PHYSICIAN'S ASSISTANT KAREN MIZRAHY,
NURSE JERI MONICAL,
L.P.N. JUDITH JONES,
NURSE CYNTHIA MCDONALD,
L.P.N. PATRICIA RELL, each individually

Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, KARIN BURRELL, as the personal representative for the ESTATE OF SCOTT BURRELL, by and through the undersigned submits this Notice of Settlement and informs the Court as follows:

1. All Plaintiff and all Defendants have reached an agreement to resolve the claims against all Defendants.

2. The parties are in the process of finalizing a settlement agreement and will file a Notice of Dismissal shortly.

## CERTIFICATE OF SERVICE

I hereby certify that on 5/14/18, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attach Service List via the transmission of Notices of Electronic Filing generated by CM/ECF.

RESPECTFULLY SUBMITTED,

LAUER & CURRIE, P.A.
644 SE 5 Ave.
Fort Lauderdale, FL 33301

By:  /s/Greg Lauer
Greg Lauer, Esq.
Attorney for Plaintiff
FL Bar # 652709
t. 954.533.4498
f.954.533.4501
greg@law-lc.com

## SERVICE LIST

S. RENEE STEPHENS LUNDY, ESQUIRE
Florida Bar No. 0501867
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310 Fax: 407-648-0233
RLundy@drml-law.com
BrittanK@drml-law.com
Denise.Covert@drml-law.com
Attorneys for Defendant, ARMOR